UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. <u>20-cr-1943-JLS</u> |
| v. | ) |
| RICARDO GARCIA-MARTIN, | ) ORDER |
| Defendant. | ) |

The United States of America and defendant RICARDO GARCIA-MARTIN jointly move to continue the status hearing set for September 3, 2021, at 1:30 p.m.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the motion hearing.

IT IS ORDERED that the joint motion is granted. The status hearing shall be continued to October 15, 2021 at 1:30 p.m.

Further, time is excluded from July 22, 2021 through the status hearing to be heard on October 15, 2021, pursuant to Title 18, United States Code, Section 3161 (h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated: September 1, 2021

Hon. Janis L. Sammartino
United States District Judge